Robert G. BASURTO, Appellant,

v.

H. V. FIELD, Appellee.

No. 21760.

United States Court of Appeals
Ninth Circuit.

Dec. 21, 1967.

Robert G. Basurto, in pro. per.

Thomas C. Lynch, Atty. Gen., William E. James, Asst. Atty. Gen., Jack K. Weber, Deputy Atty. Gen., Los Angeles, Cal., for appellee.

Before BARNES and JERTBERG, Circuit Judges, and PECKHAM,* District Judge.

PER CURIAM:

Reversed and remanded for an evidentiary hearing as to whether appellant was coerced in his guilty plea.

CONTINENTAL/MOSS–GORDIN, INC., Appellant,

v.

Ronald W. HARP, Joe I. Tarica and Kelley G. Laminack, Appellees.

No. 24375.

United States Court of Appeals
Fifth Circuit.

Dec. 4, 1967.

Calvin M. Whitesell, Montgomery, Ala., Robert I. Paller, Atlanta, Ga., Whitesell & Alton, Montgomery, Ala., and Smith, Cohen, Ringel, Kohler, Martin & Lowe, Atlanta, Ga., for appellant.

William S. Mooneyham, Montgomery, Ala., for appellees.

George D. Palmer, Atty., Dept. of Labor, Washington, D. C., Charles Donahue, Solicitor of Labor, Bessie Margolin, Associate Solicitor, Robert E. Nagle, Paul A. McKean, Attorneys, U. S. Department of Labor, Washington, D. C., Beverley R. Worrell, Regional Atty., amici curiae.

Before RIVES, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The opinion and judgment of the district court are obviously correct under the authority of Foremost Dairies, Inc. v. Wirtz, 5 Cir. 1967, 381 F.2d 653.

Affirmed.